1494

## RECONSIDERATION DOCKET

**94–2099.** Smith v. Cosco, Inc. *Hamilton County*, No. C–940289. Reported at 71 Ohio St.3d 1462, 644 N.E.2d 1385. On motion for reconsideration. Motion denied.

**94–2165.** State v. Combs. *Hamilton County*, No. C–930498. Reported at 71 Ohio St.3d 1472, 645 N.E.2d 735. On motion for reconsideration. Motion denied.

**94–2170.** State v. Durr. *Cuyahoga County*, No. 65958. Reported at 71 Ohio St.3d 1455, 644 N.E.2d 1028. On motion for reconsideration. Motion denied.

**94–2200.** Ravens Metal Products, Inc. v. Harrett Corp. *Tuscarawas County*, No. 93AP100068. Reported at 71 Ohio St.3d 1458, 644 N.E.2d 1030. On motion for reconsideration. Motion denied. WRIGHT and PFEIFER, JJ., dissent.

**94–2228.** State v. Nunn. *Cuyahoga County*, No. 66221. Reported at 71 Ohio St.3d 1455, 644 N.E.2d 1028. On motion for reconsideration. Motion denied.

**94–2295.** Costidakis v. Park Corp. *Cuyahoga County*, No. 66167. Reported at 71 Ohio St.3d 1459, 644 N.E.2d 1031. On motion for reconsideration. Motion denied.